Leasing Corporation and its president, Albert Nachmann, in contempt of court denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of BETTY L. GRUEN, Respondent, for an Order Requiring LLOYD S. CARTER, Appellant, to Submit the Dispute between the Parties to Arbitration.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of ELEANORE CURRAN, Petitioner, Appellant, for an Order against THE BOARD OF ESTIMATE OF THE CITY OF NEW YORK and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [173 Misc. 1022.]

In the Matter of the Application of JAMES H. POWELL, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act against PAUL J. KERN, President, and Others, as Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DAVID LINDENAUER, Respondent, and THERESA LINDENAUER, Appellant, v. UNION RAILWAY COMPANY OF NEW YORK, Respondent.— Order unanimously reversed, without costs, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ESTHER GELLMAN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

STYLECRAFT LEATHER GOODS Co., INC., Appellant, v. THE WARNER BROTHERS COMPANY, Respondent, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously modified by striking out the further following items 1, 2, 5, 6, 7, 8 and 16, and, as so modified, affirmed, without costs. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim No. C. B. 8750. DEPARTMENT OF BANKING, STATE OF NEBRASKA, Receiver and Liquidating Agent of FARMERS STATE BANK, CALLAWAY, NEBRASKA, Petitioner, Claimant, Respondent; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HANNA GUSTAVSON, as Administratrix, etc., of MARGARET GUSTAVSON, Deceased, Plaintiff, v. SOUTHERN BOULEVARD RAILROAD COMPANY, Defendant, Appellant, and SELMA LIPTON, Defendant, Respondent. (Action No. 1.) SELMA S. LIPTON, Plaintiff, Respondent, v. SOUTHERN BOULEVARD RAILROAD COMPANY, Defendant, Appellant, and SEBASTIAN SINISI, Defendant. (Action No. 2.) — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and deny the motion.